Entered: June 6, 2013
Signed:  June 6, 2013

**SO ORDERED**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:  13–11842 – DER    Chapter:  7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Scott Murdick
*debtor has no known aliases*
9 W Ridgely Rd
120
Lutherville, MD 21093

Social Security No.:   xxx–xx–1990

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor(s) on 2/4/13.

The estate of the above–named debtor(s) has been fully administered.

ORDERED, that Richard M. Kremen is discharged as trustee of the estate of the above–named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**fnldec** – *admin*

### End of Order